■ In the Matter of RICHARD M. TILKER, for Reinstatement. —Application for reinstatement denied, and cross motion to confirm the report of the Hearing Panel and deny the application for reinstatement granted. Concur—Murphy, P. J., Sullivan, Kassal, Ellerin and Rubin, JJ.